## No. 1221.—CITY OF NEW ORLEANS v. E. A. BIENVENU.

A notary public is an officer of the State, who holds his appointment from the Governor by and with the consent of the Senate. The city of New Orleans has therefore no right or authority to impose a license tax on such officer in his official character.

The permission given to the city to impose a license tax on trades, occupations and professions does not include an authorization to impose a tax on a notary public or other State officer.

APPEAL from the Fourth Justice's Court, parish of Orleans. *A. Viavant,* Justice of the Peace. *George S. Lacey,* City Attorney. *F. B. Earhart,* in *propria persona,* defendant and appellee.

HOWE, J. The defendant has appealed from a judgment against him for the amount of a license tax imposed by the city of New Orleans upon him as notary public in and for the parish of Orleans.

The judgment was, we think, erroneous. A notary is an officer appointed by the Governor by and with the advice and consent of the Senate, and commissioned and sworn as such, and the city of New Orleans has no right, at least in the absence of some express permission, to impose a tax on such an officer in his official character.

A permission to impose a license tax on "trades, occupations and professions," can not be held to include an authorization to impose a tax on a notary.

It is therefore ordered that the judgment appealed from be reversed, and the suit dismissed at plaintiff's costs.